M.D. Appeal Dkt
3   2019

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RACHEL L. CARR | : | No. 460 MAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
| AND COMMONWEALTH OF | : | |
| PENNSYLVANIA, STATE CIVIL SERVICE | : | |
| COMMISSION | : | |
| | : | |
| | : | |
| PETITION OF: PENNSYLVANIA | : | |
| DEPARTMENT OF TRANSPORTATION | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 8th  day of January, 2018, the Petition for Allowance of Appeal is

**GRANTED**.  The issues, as stated by Petitioner, are:

(1)    Is the Commonwealth Court's decision in conflict with the U.S. Supreme Court's rulings in *Pickering* [*v. Bd. of Educ. of Twp. High Sch. Dist.*, 391 U.S. 563 (1968)] and its progeny, which allow a government employer to terminate an employee on the basis of their speech, even when it touches upon a matter of public concern, so long as the employer can demonstrate that an adverse effect could be reasonably foreseen?

(2)    Did the Commonwealth Court err as a matter of law by failing to give sufficient weight to the public importance, or lack thereof, of Carr's Facebook comments, as required by *Pickering* and its progeny?

(3)    Did the Commonwealth Court err as a matter of law by failing to give sufficient weight to the public importance, or lack thereof, of Carr's Facebook comments, as required by the Pennsylvania Supreme Court in *Sacks*?